Brenton R. Babcock (Bar No. 162,120)
bbabcock@kmob.com
J. David Evered (State Bar No. 215,974)
devered@kmob.com
William J. Blonigan (State Bar No. 250,961)
william.blonigan@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff/Counterdefendant
TREASURE GARDEN, INC.

A. Justin Lum (State Bar No. 164,882)
ajlum2001@yahoo.com
LAW OFFICES OF A. JUSTIN LUM
1005 E. Colorado Blvd., Suite 207
Pasadena, CA 91106
Telephone: (626) 795-8886
Facsimile:  (626) 795-8836

Attorneys for Defendant/Counterclaimant
Wanda Ying Li

JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| TREASURE GARDEN, INC., a California corporation,<br><br>    Plaintiff/Counterdefendant,<br><br>  v.<br><br>WANDA YING LI, an individual,<br><br>    Defendant/Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. SACV07-1467 AHS (ANx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hon. Alicemarie H. Stotler |

*1*     The Court, having considered the Stipulation of Dismissal With Prejudice of All Claims and Counterclaims pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure between Plaintiff/Counterdefendant Treasure Garden, Inc. and Defendant/Counterclaimant Wanda Ying Li,

HEREBY ORDERS THAT:

1. all claims and counterclaims of this action shall be dismissed with prejudice; and

2. each party shall bear its own costs and attorney fees.


Dated: <u>December 5, 2008</u>           <u>ALICEMARIE H. STOTLER</u>
The Honorable Alicemarie H. Stotler
Chief U.S. District Court Judge